UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No.

APPROXIMATELY $20,300.00 IN UNITED
STATES CURRENCY, and

APPROXIMATELY $17,000.00 IN UNITED
STATES CURRENCY,

    Defendants.

---

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1. This is a civil action to forfeit properties to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

### The Defendants In Rem

2. The defendant property, approximately $20,300.00 in United States currency, was seized on or about January 15, 2020, from Jose Perez-Trujillo at or near 4XXX N. 83rd Street, Milwaukee, Wisconsin.

3. The defendant property, approximately $17,000.00 in United States currency, was seized on or about January 15, 2020, from Jose Perez-Trujillo at or near 4XXX N. 83rd Street, Milwaukee, Wisconsin.

4. The defendant properties are presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6. This Court has *in rem* jurisdiction over the defendant properties under 28 U.S.C. § 1355(b).

7. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

8. The defendant property, approximately $20,300.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

9. The defendant property, approximately $17,000.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

**Facts**

10. Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

**November 25, 2019 controlled buy of cocaine from Jose Perez-Trujillo, and December 2, 2019 payment to Perez-Trujillo for the cocaine**

11. On November 25, 2019, during a phone conversation between Jose Perez-Trujillo and a Milwaukee Metropolitan Drug Enforcement Group confidential informant ("CI"), Perez-Trujillo stated that Perez-Trujillo would front[1] an ounce of cocaine to the CI and that the CI would need to pay Perez-Trujillo $1,100 for that cocaine within one week of Perez-Trujillo's delivery of the cocaine to the CI.

12. Perez-Trujillo instructed the CI to meet Perez-Trujillo at 5740 W. Fond du Lac Avenue in Milwaukee (the "meet location," which is a business) to conduct the drug transaction.

13. When the CI arrived at the meet location, the CI pulled into the parking lot and parked CI's vehicle.

14. Perez-Trujillo's vehicle, a 2004 Chevrolet pick-up truck with Wisconsin registration number MKXXXX, was already parked in the lot when the CI arrived. Perez-Trujillo was the sole individual inside the truck and was seated in the driver's seat.

15. The CI exited CI's vehicle and entered the front passenger side of Perez-Trujillo's truck.

16. While inside Perez-Trujillo's truck, Perez-Trujillo handed the CI a baggie containing approximately 28.02 grams of cocaine.

17. This November 25, 2019 drug transaction was audio and video recorded.

18. After the drug transaction, the CI returned to CI's vehicle and drove away from the meet location with the cocaine.

---

[1] When a drug dealer "fronts" drugs to an individual, the dealer gives drugs to that individual and, in turn, expects that individual to sell the drugs and pay back the dealer from the sales proceeds.

19. On December 2, 2019, the CI met with Perez-Trujillo at the same meet location, 5740 W. Fond du Lac Avenue, and paid $1,100 to Perez-Trujillo for the approximately 28.02 grams of cocaine that Perez-Trujillo had fronted to the CI on November 25, 2019.

**December 17, 2019 controlled buy of cocaine from Jose Perez-Trujillo, and December 22, 2019 payment to Perez-Trujillo for the cocaine**

20. On December 17, 2019, during a phone conversation between Jose Perez-Trujillo and the CI, Perez-Trujillo stated that Perez-Trujillo would front an ounce of cocaine to the CI and that the CI would need to pay Perez-Trujillo $1,100 for that cocaine within one week of Perez-Trujillo's delivery of the cocaine to the CI.

21. Perez-Trujillo instructed the CI to meet Perez-Trujillo at Perez-Trujillo's residence, 4XXX N. 83rd Street in Milwaukee, to conduct the drug transaction.

22. When the CI arrived at Perez-Trujillo's residence, CI parked CI's vehicle behind Perez-Trujillo's 2004 Chevrolet pick-up truck and waited in CI's vehicle.

23. About one minute later, Perez-Trujillo exited Perez-Trujillo's residence, walked to Perez-Trujillo's 2004 Chevrolet pick-up truck, opened the driver's door, leaned inside the vehicle, shut the driver's door, and walked over to the CI's vehicle.

24. Perez-Trujillo approached the front passenger side of CI's vehicle and entered CI's vehicle.

25. While inside CI's vehicle, Perez-Trujillo handed the CI a baggie containing approximately 27.7 grams of cocaine.

26. This December 17, 2019 drug transaction was audio and video recorded.

27. After the drug transaction, Perez-Trujillo exited CI's vehicle, and walked back to and entered Perez-Trujillo's residence, and the CI drove away from the meet location with the cocaine.

4

28. On December 22, 2019, the CI met with Perez-Trujillo at 3XXX N. 12th Street in Milwaukee, and paid $1,100 to Perez-Trujillo for the approximately 27.7 grams of cocaine that Perez-Trujillo had fronted to the CI on December 17, 2019.

**January 8, 2020 controlled buy of cocaine from, and payment to, Jose Perez-Trujillo**

29. On January 8, 2020, during a phone conversation between Jose Perez-Trujillo and the CI, Perez-Trujillo agreed to sell the CI one-half ounce of cocaine. Perez-Trujillo instructed the CI to meet Perez-Trujillo at 5740 W. Fond du Lac Avenue in Milwaukee (the "meet location") to conduct the drug transaction.

30. When the CI arrived at the meet location, the CI pulled into the parking lot and parked CI's vehicle.

31. Perez-Trujillo's 2004 Chevrolet pick-up truck was already parked in the lot when the CI arrived. Perez-Trujillo was sitting in the front passenger seat of the truck, and another male was sitting in the driver's seat.

32. The CI exited CI's vehicle, walked to the passenger side of Perez-Trujillo's truck, and opened the door.

33. The CI handed $550 in pre-recorded buy money to Perez-Trujillo, and Perez-Trujillo handed the CI a baggie containing approximately 13.58 grams of cocaine.

34. This January 8, 2020 drug transaction was audio and video recorded.

35. After the drug transaction, the CI returned to CI's vehicle and drove away from the meet location with the cocaine.

**January 15, 2020 execution of search warrant at the residence of Jose Perez-Trujillo**

36. On January 15, 2020, officers executed a search warrant at the residence of Jose Perez-Trujillo and his wife, M.R., located at 4XXX N. 83rd Street, Milwaukee, Wisconsin (the "Residence").

5

37. The Residence had approximately seven working surveillance cameras mounted on the outside of the Residence and the detached garage.

38. Jose Perez-Trujillo, M.R., and their daughter, A.P., were present at the Residence during execution of the search warrant.

39. A drug detection canine gave positive alerts to several locations in the basement bedroom of the Residence – namely, the fireplace, dresser, and closet – and in the area near the bar in the basement.

40. On January 15, 2020, the following items, among others, were inside the Residence:

   A. On top of refrigerator were the following:
      i. A 9mm Glock 17 pistol;
      ii. A loaded Glock magazine;
      iii. Two holsters; and
      iv. A weapons light.

   B. In the basement bedroom, where Perez-Trujillo stated he sleeps, were the following:
      i. A Sig P250 pistol in the nightstand;
      ii. A Smith & Wesson M&P15 rifle in the closet;
      iii. An open box of 9mm ammunition on top of the nightstand;
      iv. Two loaded AR magazines in the nightstand;
      v. Perez-Trujillo's cell phone on top of the nightstand;
      vi. An operating security system with TV;
      vii. Approximately $20,830 in United States currency. The currency was located inside different dresser drawers. Some of the money was wrapped with rubber bands.

       a. The approximately $20,830 contained $530 in pre-recorded buy money that the CI had paid to Perez-Trujillo on January 8, 2020, for the 13.58 grams of cocaine.

       b. After subtracting the $530 in pre-recorded buy money, the remaining approximately $20,300 in United States currency is one of the defendant property items in this case.

       c. Denominations of the approximately $20,300 were 92-$100 bills, 36-$50 bills, 458-$20 bills, 13-$10 bills, and 2-$5 bills.

   viii. Approximately $17,000 in United States currency, which is one of the defendant property items in this case.

       a. The approximately $17,000 was inside a white plastic bag located inside a metal fireplace.

       b. The approximately $17,000 was sorted in multiple stacks and wrapped with rubber bands.

       c. Denominations of the approximately $17,000 were 8-$100 bills and 810-$20 bills.

  C. In the basement next to the bar was a Kolibri money counter.

41. On January 15, 2020, the following items, among others, were inside the 2004 Chevrolet pick-up truck, Wisconsin registration number MKXXXX, which was parked at the Residence:

  A. A Chase Bank statement for Jose Perez-Trujillo in the center console;

  B. Two baggies containing a total of approximately 25.83 grams of crack cocaine; and

  C. One baggie containing approximately 27.84 grams of cocaine.

  D. The three baggies containing cocaine and crack cocaine were inside a white plastic bag that was inside a hat located on the floorboard between the driver and passenger seats.

42. On January 15 2020, Jose Perez-Trujillo was arrested.

### Jose Perez-Trujillo's State Drug Charge

43. On January 19, 2020, Jose Perez-Trujillo was charged in Milwaukee County Circuit Court, Case No. 20CF304, with possession of cocaine with intent to deliver.

44. A jury trial in Case No. 20CF304 is scheduled for October 19, 2020.

**February 6, 2020 controlled buy of cocaine from, and payment to, Jose Perez-Trujillo**

45. On or about January 29, 2020, Jose Perez-Trujillo posted $7,500 cash bond in Milwaukee County Case No. 20CF304 and was released from custody.

46. On February 5, 2020, during a phone conversation between Jose Perez-Trujillo and the CI, Perez-Trujillo agreed to sell the CI and an undercover officer ("UC") one-half ounce of cocaine for $550 the following day. Perez-Trujillo instructed the CI to meet Perez-Trujillo at 5740 W. Fond du Lac Avenue in Milwaukee (the "meet location") to conduct the drug transaction.

47. On February 6, 2020, when the CI and UC arrived together at the meet location, the CI and UC pulled into the parking lot and parked their vehicle.

48. Perez-Trujillo arrived at the meet location about one hour later in Perez-Trujillo's 2004 Chevrolet pick-up truck. Perez-Trujillo was the driver, and another individual was sitting in the passenger's seat.

49. Perez-Trujillo exited his Chevrolet pick-up truck, walked to CI and UC's vehicle, and entered the rear passenger side of CI and UC's vehicle.

50. The CI introduced Perez-Trujillo to the UC.

51. Perez-Trujillo handed the UC a baggie containing approximately 13.56 grams of cocaine, and the UC handed $550 to Perez-Trujillo as payment for the cocaine.

52. During the drug transaction, Perez-Trujillo told UC the following:

8

       A.     UC could now call Perez-Trujillo directly (to buy cocaine without having to go through the CI);

       B.     Perez-Trujillo could get "ten, five, eight" and could get whatever at one time or even by the piece (referring to cocaine); and

       C.     Perez-Trujillo was ready to sell (cocaine) at any time.

53. This February 6, 2020 drug transaction was audio and video recorded.

54. After the drug transaction, Perez-Trujillo returned to his Chevrolet pick-up truck, and the CI and UC drove away from the meet location with the cocaine.

## Administrative Forfeiture Proceedings

55. The Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings against the approximately $20,300.00 in United States currency and the approximately $17,000.00 in United States currency on the ground that the seized currency items were used or intended to be used in exchange for controlled substances or were proceeds of trafficking in controlled substances.

56. On or about March 25, 2020, Jose Perez-Trujillo filed a claim with the DEA in the administrative forfeiture proceeding to the defendant approximately $20,300.00 in United States currency.

57. On or about March 31, 2020, Jose Perez-Trujillo filed a claim with the DEA in the administrative forfeiture proceeding to the defendant approximately $17,000.00 in United States currency.

## Warrant for Arrest In Rem

58. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

9

## Claims for Relief

59. The plaintiff alleges and incorporates by reference the paragraphs above.

60. By the foregoing and other acts, the defendant property, approximately $20,300.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

61. The defendant approximately $20,300.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

62. By the foregoing and other acts, the defendant property, approximately $17,000.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

63. The defendant approximately $17,000.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant properties be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant properties to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 19th day of June, 2020.

                Respectfully submitted,

                MATTHEW D. KRUEGER
                United States Attorney


By:   s/SCOTT J. CAMPBELL
       SCOTT J. CAMPBELL
       Assistant United States Attorney
       Scott J. Campbell Bar Number: 1017721
       Attorney for Plaintiff
       Office of the United States Attorney
       Eastern District of Wisconsin
       517 East Wisconsin Avenue, Room 530
       Milwaukee, Wisconsin 53202
       Telephone: (414) 297-1700
       Fax: (414) 297-1738
       E-Mail: scott.campbell@usdoj.gov

11

Case 2:20-cv-00926-JPS  Filed 06/19/20  Page 11 of 12  Document 1

## Verification

I, Stephen Heckler, hereby verify and declare under penalty of perjury that I am a narcotics investigator with the Milwaukee Metropolitan Drug Enforcement Group ("MMDEG"), that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 10 through 54 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a narcotics investigator with the MMDEG.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 06-17-2020              s/STEPHEN HECKLER
                              Stephen Heckler
                              Narcotics Investigator
                              Milwaukee Metropolitan Drug Enforcement Group

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

## DEFENDANTS
APPROXIMATELY $20,300.00 IN UNITED STATES CURRENCY, et al.

County of Residence of First Listed Defendant  Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 06/19/2020
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:20-cv-00926-JPS  Filed 06/19/20  Page 1 of 1  Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                Case No.

APPROXIMATELY $20,300.00 IN UNITED
STATES CURRENCY, and

APPROXIMATELY $17,000.00 IN UNITED
STATES CURRENCY,

      Defendants.

---

## WARRANT FOR ARREST IN REM

---

    To:    THE UNITED STATES MARSHAL
             Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 19th day of June, 2020, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant properties pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant properties be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the following defendant properties, which are presently in the custody of the United States Marshal Service in

Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court:

    A.     Approximately $20,300.00 in United States currency, which was seized on or about January 15, 2020, from Jose Perez-Trujillo at or near 4XXX N. 83rd Street, Milwaukee, Wisconsin; and

    B.     Approximately $17,000.00 in United States currency, which was seized on or about January 15, 2020, from Jose Perez-Trujillo at or near 4XXX N. 83rd Street, Milwaukee, Wisconsin.

Dated this _____ day of _____, 2020, at Milwaukee, Wisconsin.

GINA COLLETTI  
Clerk of Court

By: _____  
Deputy Clerk

## Return

This warrant was received and executed with the arrest of the above-named defendants.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____